IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MENDELL F. BUTLER, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No. 10-1088-MLB-DWB |
| ] | |
| JOHNSON & JOHNSON, a foreign ] | |
| corporation; ] | |
| ORTHO-McNEIL-JANSSEN ] | |
| PHARMACEUTICAL, INC., a foreign ] | |
| corporation; and ] | |
| JOHNSON & JOHNSON ] | |
| PHARMACEUTICAL RESEARCH AND ] | |
| DEVELOPMENT, L.L.C., a foreign ] | |
| corporation, ] | |
| ] | |
| Defendants. ] | |

## ORDER STAYING ALL PROCEEDINGS

Having considered the Joint Motion for Stay (Doc. 7), it is hereby **ORDERED** that all

requirements, deadlines (including responsive pleading deadlines), and further proceedings in

this action before this Court are stayed pending the final determination of the Judicial Panel on

Multidistrict Litigation regarding transfer of this case to MDL No. 1943: *In re Levaquin*

*Products Liability Litigation.*

**SO ORDERED** this 18th day of May, 2010.


     s/  DONALD W. BOSTWICK
United States Magistrate Judge